IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MICHAEL EDWARD SIMS, )
Register No. 500566, )
 )
        Plaintiff, )
 )
v. ) No. 05-4284-CV-C-NKL
 )
BOONE COUNTY, MISSOURI, et al., )
 )
        Defendants. )

## ORDER

On November 30, 2005, the United States Magistrate Judge recommended that, pursuant to the provision of 28 U.S.C. § 1915A, plaintiff's claims against named defendants Boone County, Missouri; Boone County Jail; Sheriff Carey; and Capt. Brewer; and claims regarding 1) a conduct violation; 2) inadequate meals; 3) access to courts; 4) access to a medical specialist; 5) charging his jail account for medical treatment, prescriptions and postage stamps; 6) threats; and 7) defamation be dismissed for failure to state a claim. The Magistrate Judge further recommended that plaintiff's motion for preliminary injunctive relief be denied as moot. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that, pursuant to the provision of 28 U.S.C. § 1915A, plaintiff's claims against named defendants Boone County, Missouri; Boone County Jail; Sheriff Carey; and Capt. Brewer; and claims regarding 1) a conduct violation; 2) inadequate meals; 3) access to courts; 4) access to a medical specialist; 5) charging his jail account for medical treatment, prescriptions and postage stamps; 6) threats; and 7) defamation are dismissed for failure to state a claim. It is further

ORDERED that plaintiff's motion for preliminary injunctive relief is denied as moot [7].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 9, 2006
Jefferson City, Missouri